## NOBLE *v.* JONES.

LITTLE, J. 1. There can be no lawful recovery for damages resulting from personal injuries, when it affirmatively appears from the evidence as a whole, including the plaintiff's testimony in his own behalf, that the injuries complained of were occasioned by a casualty the happening of which was reasonably to be anticipated as a natural incident to and consequence of the work in which the plaintiff was employed, and that he knowingly took the risk of the same. *Stubbs v. Atlanta Cottonseed Oil Mills*, 92 *Ga.* 495.

2. While the evidence was conflicting in some respects not essential to a proper determination of the present case, it falls, upon the facts which were clearly and indisputably established, within the familiar rule above announced; and it follows as a conclusion that, irrespective of other questions presented, the verdict in the plaintiff's favor was contrary to law and ought to have been set aside.

*Judgment reversed. All the Justices concurring.*

Argued February 1, — Decided March 5, 1898.

Action for damages. Before Judge Ross. City court of Macon. December term, 1896.

*Steed & Wimberly*, for plaintiff in error.
*R. K. Hines* and *Morcock & Warren*, contra.